IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JOHN DOE,

    Plaintiff,

vs.                                                   Civil Action No. 3:21-cv-00809

WILLIAM B. LEE, Governor
of the State of Tennessee,

and

DAVID B. RAUSCH, Director
of the Tennessee Bureau of
Investigation, in their official
capacities,

    Defendants.

## PLAINTIFF'S MOTION TO PROCEED UNDER PSEUDONYM AND FOR PROTECTIVE ORDER

The plaintiff moves the Court for permission to proceed in this action under the pseudonym "John Doe" and to enter a protective order barring dissemination of his true name and requiring that any documents containing his true name be filed under seal.[1] In support of this motion, the plaintiff relies upon his supporting memorandum and the entire record in this case and states:

1.     Courts "may excuse plaintiffs from identifying themselves in certain circumstances" where "a plaintiff's privacy interests substantially outweigh the presumption of open judicial proceedings." Doe v. Porter, 370 F.3d 558, 560 (6th Cir. 2004).

---

[1] This motion and its corresponding protective order is taken from the corresponding motion/ protective order that was filed in in Doe v. Lee, No. 16-cv-2862.

2. Fed. R. Civ. Proc. 26(c) authorizes the Court to "make any order which justice requires to protect the party or person from annoyance, embarrassment, oppression, or undue burden or expense" upon motion of a party.

3. Because of the stigma attached to sex offender registration, it is standard practice in litigation brought by registrants for courts to allow the plaintiffs to proceed under pseudonyms.

4. The plaintiff's privacy interests substantially outweigh the presumption of open judicial proceedings because his status as a registered sex offender exposes him and his family to significant risks of substantial harm.

5. The plaintiff has no objection to providing his true name to the defendants if the Court enters a protective order barring further dissemination of the plaintiff's true name and requiring that any documents containing the plaintiff's true name be filed under seal. A proposed protective order is attached to this motion as **Exhibit 1**.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff prays for leave to be referred to as "John Doe" and that the attached protective order be entered.

The Plaintiff prays for general relief.

Respectfully submitted on this the 25th day of October, 2021,

*The Law Offices of David J. McKenzie*

By: /s/ David J. McKenzie
 _____
 David J. McKenzie (TN 025563)
 205 West Commerce Street
 Lewisburg, TN 37091
 T: (931) 359-7305

<i>The Law Office of Matthew Wilson</i>

By: /s/ Matthew D. Wilson
Matthew Wilson (TN 028175)
PO Box 4814
Mississippi State, MS 39762
T: (662) 312-5039

## CERTIFICATE OF SERVICE

I certify that on October 25, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by First Class Mail:

Governor William Lee
c/o Hon. Herbert H. Slatery, III
Attorney General & Reporter
P.O. Box 20207 Nashville, TN
37202-0207

Director David B. Rausch
Tennessee Bureau of Investigation
c/o Hon. Herbert H. Slatery, III
Attorney General & Reporter
P.O. Box 20207 Nashville, TN
37202-0207

By: /s/ Matthew D. Wilson
Matthew Wilson (TN 028175)
PO Box 4814
Mississippi State, MS 39762
T: (662) 312-5039