IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JOHN DOE,

    Plaintiff,

vs.                                           Civil Action No. 3:21-cv-00809

WILLIAM B. LEE, Governor
of the State of Tennessee,

and

DAVID B. RAUSCH, Director
of the Tennessee Bureau of
Investigation, in their official
capacities,

    Defendants.

## PROTECTIVE ORDER

This matter came before the Court on the plaintiff's motion for permission to proceed under a pseudonym and for a protective order. Based on the motion, the plaintiff's supporting memorandum, and the entire record in this case, the Court finds there is good cause to enter a protective order as follows:

    1.    All documents filed with the Court that contain the name of the plaintiff or information that identifies the plaintiff or his family members, directly or indirectly, shall be filed under seal. In all publicly filed documents, the plaintiff shall be identified only by his pseudonym.

    2.    If requested to do so, the plaintiff's counsel shall disclose the name of the plaintiff to counsel for the defendants.

3. Counsel for the defendants may disclose the identity of the plaintiff to the named defendants, employees of the defendants, and experts retained in this case, but only to the minimum extent necessary to litigate this action.

4. Individuals to whom disclosure of the plaintiff's identity is made shall not further disclose that information to any other person without first obtaining confirmation from the defendants' counsel that such disclosure is necessary to litigate this action.

5. Any person to whom disclosure is made because of this litigation shall first read this protective order prior to having access to the identity of the plaintiff. Counsel for the defendants shall ensure that all persons to whom disclosure is made pursuant to paragraphs 3 and 4 are aware of this protective order.

6. Under no circumstances shall any person disclose the plaintiff's name to the media without the consent of the plaintiff's counsel.

7. If any specific issues related to non-disclosure of the plaintiff's identity arise during the course of litigation, the parties shall seek to resolve those issues without court intervention. If the parties cannot agree, they shall seek further clarification from this court.

**IT IS SO ORDERED**.

*Eli Richardson*

District Judge